Devin A. McRae, State Bar Number 223239
  dmcrae@earlysullivan.com
Peter Scott, State Bar Number 247786
  pscott@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Plaintiff
CATHERINE CORCORAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CATHERINE CORCORAN, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>DARK AGE CINEMA, LLC, a New York limited liability company; ART THE CLOWN, LLC, a New Jersey limited liability company; FUZZ ON THE LENS PRODUCTIONS, LLC, a New York limited liability company; PHIL FALCONE, an individual; DAMIEN LEONE, an individual;  and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:25-cv-10284<br><br>**NOTICE OF ERRATA** |



5828251.1

**NOTICE OF ERRATA**

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE THAT**, Plaintiff Catherine Corcoran hereby submits this Notice of Errata to file a redacted version of Exhibit 1 to her Complaint (ECF #1) to redact certain personal identifying information in the original exhibit. A true and correct copy of the redacted Exhibit 1 to the Complaint is attached hereto as **<u>Exhibit 1</u>**.

Dated: October 27, 2025

    EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP

By: *[signature]*
    Devin A. McRae
    Peter Scott
    Attorneys for Plaintiff
    CATHERINE CORCORAN