# EXHIBIT 1



## SCREEN ACTORS GUILD
## EMPLOYMENT OF PERFORMER
## FOR ULTRA LOW BUDGET FILM

PRODUCTION COMPANY **DARK AGE CINEMA, LLC**   DATE _____

PRODUCTION TITLE **TERRIFIER**

PERFORMER'S NAME **Catherine Corcoran**   START DATE **8/31/15**

ADDRESS ███████████████████████

ROLE **DAWN**   DAILY RATE $ **100**

PERFORMER'S TELEPHONE NO. ███████   NUMBER OF DAYS GUARANTEED: **5**

1. Subject to SAG approval, the following shall apply to this employment:

    a) Weekend premiums are waived.

    b) Consecutive employment requirement is waived provided scheduling of calls is subject to Performer's availability, except while on overnight locations.

    c) Daily overtime is payable at time and one-half. No work is permitted in excess of 12 hours on any day.

2) The employment is subject to all of the provisions and conditions applicable to the employment of performers contained in or provided for in the Independent Producers' Ultra Low Budget Letter Agreement. Such Agreement is deemed incorporated herein.

3) Producer makes the material representation that either it is presently a signatory to the Screen Actors Guild collective bargaining agreement covering the employment contracted for herein, or, that the above referenced photoplay is covered by such collective bargaining agreement under the "Independent Production" provisions of the General Provisions of the current Screen Actors Guild Agreement for Independent Producers of Theatrical Motion Pictures.

4) Rights Granted. By payment of at least the minimum fees specified for this employment, Producer obtains all theatrical rights.

5) Employment status. The performer engaged by this contract is considered an employee, not an independent contractor. As such, the compensation due the performer is subject to income tax withholding, social security and disability deductions. The performer is entitled to Unemployment Insurance coverage.

PRODUCER _____   PERFORMER *[signature: Catherine Corcoran]*

BY _____   SOCIAL SECURITY# ███████

THE PERFORMER MAY NOT WAIVE ANY PROVISION OF THIS CONTRACT WITHOUT THE PRIOR WRITTEN CONSENT OF SCREEN ACTORS GUILD.

Performer Contract Ultra Low Budget 6 32                                   1 of 1