AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CATHERINE CORCORAN, an individual,<br><br>*Plaintiff(s)*<br>v.<br>DARK AGE CINEMA, LLC, a New York limited liability company; ART THE CLOWN, LLC, a New Jersey limited liability company; (SEE ATTACHMENT #1)<br>*Defendant(s)* | Civil Action No. 2:25-cv-10284 -AB-ASx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DARK AGE CINEMA, LLC
94 Redwood Ave
Staten Island NY 10308

(SEE ATTACHMENT #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Devin A. McRae
Pete Scott
EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/6/2025

Grace Kami
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-10284

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Devin A. McRae, State Bar Number 223239
  dmcrae@earlysullivan.com
Peter Scott, State Bar Number 247786
  pscott@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Plaintiff
CATHERINE CORCORAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CATHERINE CORCORAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DARK AGE CINEMA, LLC, a New York limited liability company; ART THE CLOWN, LLC, a New Jersey limited liability company; FUZZ ON THE LENS PRODUCTIONS, LLC, a New York limited liability company; PHIL FALCONE, an individual; DAMIEN LEONE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10284<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

5815916.1

**COMPLAINT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CATHERINE CORCORAN v. DARK AGE CINEMA, LLC, et al.
2:25-cv-10284

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

**ART THE CLOWN, LLC**
15 Country Oaks Drive
Manalapan NJ 07726

**FUZZ ON THE LENS PRODUCTIONS, LLC**
7 Esther Depew Street
Staten Island, NY 10306

**PHIL FALCONE**


**DAMIEN LEONE**


5828353.1