UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE CORCORAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DARK AGE CINEMA, LLC, a New York limited liability company; ART THE CLOWN, LLC, a New Jersey limited liability company; FUZZ ON THE LENS PRODUCTIONS, LLC, a New York limited liability company; PHIL FALCONE, an individual; DAMIEN LEONE, an individual,<br><br>Defendants. | Case No. **2:25-cv-10284**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT** |

On January 6, 2026, Plaintiff Catherine Corcoran ("Plaintiff") and Defendants Dark Age Cinema, LLC; Art the Clown, LLC; Fuzz on the Lens Productions, LLC; Phil Falcone; and Damien Leone ("Defendants"), filed a Joint Stipulation Regarding Plaintiff's First Amended Complaint and Defendants' Response to First Amended Complaint. Dkt. 12. The parties requested an order setting a deadline for Plaintiff to file an amended complaint and for Defendants to respond to the amended complaint so that they might narrow the issues in this case and meaningfully confer on any motion to dismiss the amended complaint.

1

The Court, having considered the parties' Joint Stipulation and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff shall file her amended complaint no later than January 9, 2026; and

2. Defendants shall file their response to the amended complaint no later than January 23, 2026.

**IT IS SO ORDERED.**

Dated: January 8, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE