# EXHIBIT 3



HOME    ABOUT ⌄    SERVICES ⌄    PRODUCTIONS ⌄    PODCAST    NEWS    CONTACT

 **CONTACT US**
Get a Quote

 **#LETSGETFUZZY**
Follow on Instagram

 **FUZZ ON THE MIC**
Podcast

# EXCLUSIVE MERCHANDISE



**Original Autographed Artwork …**
Available Exclusively from the Fuzz Shop




