# EXHIBIT 4



cool one without the clan and over gone so that is amazing so you get a poster a

**Unboxing Terrifier (2016) Lenticular Full Slip Steelbook Limited Edition From Cinemuseum Italy! Wow!**