# EXHIBIT 6

Case 2:25-cv-10284-AB-AS    Document 34-6    Filed 08/03/26    Page 2 of 3    Page ID #:484



APPAREL ⌄    ACCESSORIES ⌄    COLLECTIONS ⌄    SALE

REWARDS

 







Home / Collections / Terrifier /

# TERRIFIER CIRCUS T-SHIRT

★★★★★ (48)

## $ 34.99

**STYLE**

Classic Terror Threads Tee

Comfort Colors Tee

**SIZE**

Small    Medium    Large    XL    2XL

3XL    4XL    5XL

 Chat



Home / Collections / Terrifier /

# TERRIFIER CIRCUS T-SHIRT

★★★★★ (48)
$ 34.99

STYLE

Classic Terror Threads Tee

Comfort Colors Tee

SIZE

